Case 2:11-cv-02004-MJP   Document 55   Filed 11/22/13   Page 1 of 2

FILED

UNITED STATES COURT OF APPEALS

NOV 22 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of:  ROBERT S. BLENDHEIM AND DARLENE G. BLENDHEIM,<br><br>                  Debtors.<br><br>---<br><br>LITTON LOAN SERVICING LP, as servicing agent for HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-1; and OCWEN LOAN SERVICING LLC, as servicing agent for HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-1,<br><br>          Appellants - Cross-Appellees,<br><br>  v.<br><br>ROBERT S. BLENDHEIM and DARLENE G. BLENDHEIM,<br><br>          Appellees - Cross-Appellants. | Nos. 13-35354, 13-35412<br><br>D.C. No. 2:11-cv-02004-MJP<br>Western District of Washington, Seattle<br><br><br>ORDER |

Before:  SILVERMAN and CHRISTEN, Circuit Judges.

        Appellant Ocwen Loan Servicing LLC's amended motion for a stay pending

appeal is granted.  *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).  The

AT/MOATT

Case 2:11-cv-02004-MJP    Document 55    Filed 11/22/13    Page 2 of 2

bankruptcy court's order granting plaintiffs' renewed motion for summary judgment for lien avoidance, order confirming Chapter 13 plan, and order in aid of implementation plan are stayed pending issuance of the mandate or further court order. The court by this order expresses no opinion on the merits of these appeals and issues the stay solely in order to maintain the status quo pending further review.

The matter is remanded to the district court for the limited purpose of establishing the appropriate amount of bond, if any, as a condition of the stay.

The first and second briefs on cross-appeal have been filed. The previously established briefing schedule remains in effect.